UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV19-00443 JAK (PLAx) | Date | April 11, 2022 |
| Title | Nancy Schlieser v. Sunrise Senior Living Management Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson-Terrell | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jason Thompson (video)<br>Jean-Claude Lapuyade (video)<br>Scott Brooks (video)<br>Shani Zakay (video) | Michele Maryott (video) |

**Proceedings:** **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 89)**

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND ENHANCEMENT AWARDS (DKT. 90)**

The motion hearing is held by videoconference. Counsel all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to grant the Motion for Final Approval of Class Action Settlement (Dkt. 89) and the Motion for Attorneys' Fees and Costs and Enhancement Awards (Dkt. 90). Counsel address the Court. Counsel are directed promptly to file documents confirming notice of settlement was provided to the appropriate federal and state officials in compliance with the Class Action Fairness Act.

The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

| | : | 26 |
|---|---|---|
| | Initials of Preparer | TJ |